UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District Of Texas
FILED

MAR 21 2019

David J. Bradley, Clerk

| | | |
|---|---|---|
| UNTED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. **M-19-501** |
| LEONEL JULIAN LOPEZ, JR., | § § | |
| Defendant. | § § | |

## SEALED CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### 18 U.S.C. § 666(a)(2)
### Federal Program Bribery

From at least in or about April 2008 to on or about December 2015, in the Southern District of Texas and elsewhere within the jurisdiction of the court, defendant,

**LEONEL JULIAN LOPEZ, JR.,**

willfully, knowingly, and corruptly, gave, offered, and agreed to give something of value, that is, money, to a public official intending the public official to be influenced and rewarded in connection with a business, transaction, and series of transactions of the City of Weslaco, Texas valued at $5,000 or more, that is, contracts for construction and rehabilitation of water treatment facilities in the City of Weslaco, Texas and during that same one-year period the City of Weslaco, Texas received benefits in excess of $10,000 under Federal programs involving a grant, contact, subsidy, loan, guarantee, insurance, and other form of Federal assistance.

All in violation of Title 18, United States Code, Section 666(a)(2).

## NOTICE OF FORFEITURE
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 666 set forth in Count One of this Information, the defendant,

**LEONEL JULIAN LOPEZ, JR.**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

2. The property subject to forfeiture, includes, but is not limited to, the following property: approximately $2,514,414.00 in U.S. currency.

3. Defendant is notified that a money judgment may be imposed equal to the total value of the property subject to forfeiture.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

RYAN K. PATRICK
UNITED STATES ATTORNEY

Roberto Lopez, Jr.
Assistant United States Attorney

ANNALOU TIROL
Acting Chief, Public Integrity Section

*/s/ Peter M. Nothstein*
Peter M. Nothstein
Jessica C. Harvey
Trial Attorneys