**U.S. Department of Justice**
Washington, D.C.
03/21/19/lf

**Criminal Docket**

McALLEN Division

CR. No. **M-19-501**

**SEALED INFORMATION** Filed: March 21, 2019

County: Hidalgo
Lions #: 2016R15273

UNITED STATES OF AMERICA

v.

LEONEL JULIAN LOPEZ, JR.

Judge: RICARDO H. HINOJOSA

Attorneys:
RYAN K. PATRICK, UNITED STATES ATTORNEY
ROBERTO LOPEZ, JR., ASST. U.S. ATTORNEY

Ct. 1　　Fabian Guerrero, Ret'd (956) 380-1421

Charge(s):　Ct. 1:　Federal Program Bribery
Title 18, United States Code, Sections 666(a)(2)

Total Counts
**(1)**

Penalty:　Ct. 1:　Imprisonment for not more than 10 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency:　Federal Bureau of Investigation - Jason Malkiewicz - 194B-SA-2052028
Agency:　Internal Revenue Service - Sonia Hurtado - 1000283338

Proceedings

Date