United States District Court
Southern District of Texas
FILED

MAR 2 2 2019

David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-19-501 |
| LEONEL JULIAN LOPEZ, JR. | § | |

## WAIVER OF INDICTMENT

I, Leonel Julian Lopez, Jr., the above named Defendant, who is accused of the following:

On or about April 2008 to on or about December 2016, in the Southern District of Texas and within the jurisdiction of the Court, Defendant Leonel Julian Lopez, Jr., willfully, knowingly, and corruptly gave, offered, and agreed to give something of value, that is, money to a public official intending the public official to be influenced and rewarded in connection with a business, transaction, and series of transactions of the City of Weslaco, Texas valued at $5,000 or more, that is, contracts for construction and rehabilitation of water treatment facilities in the City of Weslaco, Texas, and during that same one-year period the City of Weslaco, Texas received benefits in excess of $10,000 under Federal programs involving a grant, contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance. All in violation of Title 18, United States Code, Section 666(a)(2),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive

in open Court on the 22nd day of March, 2019, prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before_____
Judicial Officer