United States District Court
Southern District of Texas
**ENTERED**
April 18, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 19-CR-501 |
|---|---|---|---|
| United States of America | | | |
| *versus* | | | |
| Leonel Lopez Jr. | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Peter M. Nothstein<br>U.S. Department of Justice, Public Integrity Section<br>1400 New York Avenue, NW<br>Washington, DC 20005<br>MD: no bar number<br>DC: 498178<br>USDC MD: 28068 |
|---|---|

| Name of party applicant seeks to appear for: | United States of America |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/2/2018 | Signed: | /s/ Peter M. Nothstein |
|---|---|---|

The state bar reports that the applicant's status is: Active

Dated: 4/16/19   Clerk's signature: *A. Marek*

**Order**

Dated: 4/17/19

This lawyer is admitted *pro hac vice*.

*Ricardo H. Hinojosa*
United States District Judge