# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

UNITED STATES OF AMERICA

v.                                          Case Number: 7:19−cr−00501

Leonel Julian Lopez, Jr

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ricardo H Hinojosa

**PLACE:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:** 12/6/2019

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Sentencing


Date: August 23, 2019

                                                                                       David J. Bradley, Clerk