# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | Criminal No. 19-CR-501 |
| | § | |
| **v.** | § | |
| | § | |
| **LEONEL LOPEZ** | § | |
| | § | |
| **Defendant.** | § | |

The undersigned respectfully requests that the previously filed Notice of Appearance of Jessica Carlisle Harvey be withdrawn.

Respectfully submitted,

COREY R. AMUNDSON
Chief
Public Integrity Section

*/s/ Jessica C. Harvey*
Jessica C. Harvey
Trial Attorney
U.S. Department of Justice
Criminal Division, Public Integrity Section
1331 F Street, N.W.
Washington, D.C. 20004
Tel: 202-514-1412
Fax: 202-353-3003
jessica.harvey@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for the defendant.

Dated: January 7, 2021
*/s/ Jessica C. Harvey*
Trial Attorney